UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60517-Civ-COOKE/TURNOFF

ROBERT DENAULT, *et al.*,

    Plaintiffs
vs.

DHL INTERNATIONAL – BAHRAIN, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS MATTER is before me upon an independent review of the record.  Plaintiffs initiated this action against Defendants on March 10, 2011.  The Defendants are comprised of corporations operating within the United States and foreign countries.  More than 120 days have passed and Plaintiffs have failed to effectuate service of the Complaint on the U.S. corporate Defendants, and have failed to effectuated a reasonably calculated means of serving the foreign corporate Defendants as authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  *See* Fed. R. Civ. P. 4(m), (f).

Where a plaintiff fails to properly serve a defendant within 120 days, "the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice, or direct that service be effected within a specified time; provided that the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."  *Lepone-Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007).  Although the 120-day requirement does not apply to service in a foreign country, "the amount of time allowed for foreign service is not unlimited."  *Nylok Corp. v. Fastener World, Inc.*, 396 F.3d 805, 807 (7th Cir. 2005).  A plaintiff serving a foreign country "must still take some efforts

to attempt service, or face dismissal." *Plantation Gen. Hosp. L.P. v. Cayman Islands*, No. 09-60884, 2010 WL 731853, at *1 (S.D. Fla. Feb 26, 2010).

It is hereby **ORDERED and ADJUDGED** that this case is *administratively* **CLOSED** for statistical purposes only. Plaintiff shall show cause by September 6, 2011 why this action should not be dismissed without prejudice. This case shall be reopened upon proper proof that Defendants have been served with the Complaint.

**DONE and ORDERED** in chambers at Miami, Florida this 31st day of August 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of Record*